STATE OF CONNECTICUT *v.* GAYLORD SALTERS

The defendant's petition for certification for appeal from the Appellate Court, 89 Conn. App. 221 (AC 24401), is denied.

*Elizabeth M. Inkster,* senior assistant public defender, in support of the petition.

*Margaret Gaffney Radionovas,* senior assistant state's attorney, in opposition.

Decided July 6, 2005

EDWARD BROWN *v.* DEPARTMENT OF CORRECTION ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 89 Conn. App. 47 (AC 24990), is denied.

*Mark S. Loman,* in support of the petition.

*William J. McCullough,* assistant attorney general, in opposition.

Decided July 6, 2005

NATALIE DEGENNARO *v.* RAJULA TANDON

The defendant's petition for certification for appeal from the Appellate Court, 89 Conn. App. 183 (AC 25104), is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*James J. Carroll,* in support of the petition.

*Edward L. Walsh,* in opposition.

Decided July 6, 2005